Thomas Simek, *pro hac vice*
tsimek@cftc.gov
James M. Humphrey IV, *pro hac vice*
jhumphrey@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES
TRADING COMMISSION
4900 Main Street, Suite 500
Kansas City, MO  64112
(816) 960-7700

Local Counsel:
Kent A. Kawakami, CA Bar # 149803
*kent.kawakami@usdoj.gov*
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, Room 7516
Los Angeles, CA 90012
(213) 894-4858

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT ALLENSWORTH, individually and d/b/a CAPITAL GROWTH GROUP ASSOCIATES AND COBRA DEVELOPMENT GROUP LLP; ROBERT J. FUSCO; DAVID WEDDLE; and E-SLATE, INC. d/b/a COBRA DEVELOPMENT GROUP LLP,<br><br>    Defendants. | Civil Action No. 2:17-CV-07102-CBM (JPRx)<br><br>**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ENTRY OF CONSENT ORDERS OF PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF IN RESOLUTION OF PLAINTIFF'S *EX PARTE* EMERGENCY MOTION FOR STATUTORY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF** |

Plaintiff Commodity Futures Trading Commission ("CFTC" or "Commission") and Defendants Scott Allensworth, individually and d/b/a Capital Growth Group Associates and Cobra Development Group LLP ("Allensworth"), and Robert J. Fusco ("Fusco"), have jointly moved this Court for entry of two Consent Orders of Preliminary Injunction and Other Equitable Relief as to both Defendants Allensworth and Fusco. The entry of the proposed Consent Orders would address and resolve the issues presented in the Commission's *Ex Parte* Emergency Motion for Statutory Restraining Order, Order to Show Cause Regarding Preliminary Injunction, and Other Equitable Relief (Docket No. 2) ("*Ex Parte* Emergency SRO Motion"). It would also alleviate the need for the preliminary injunction hearing scheduled for October 17, 2017.

On October 2, 2017, the Commission filed its Complaint for Injunctive and Other Equitable Relief and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations (Docket No. 1). In the Complaint, the Commission alleges that Defendants Allensworth and Fusco, among others, defrauded members of the public in connection with the alleged pooled investment of funds in commodity futures contracts and made misrepresentations, omitted material facts, and issued false trading statements to solicit funds for their fraudulent scheme. The Commission also alleges that Defendants Allensworth and Fusco misappropriated pool participant funds and used these funds to pay for personal expenses rather than trade the funds as represented. In addition, the Commission alleges that Defendants Allensworth and Fusco failed to register with the Commission as required by the Commodity Exchange Act ("Act") and Commission Regulations ("Regulations").

Along with the Complaint, the Commission also filed its *Ex Parte* Emergency SRO Motion on October 2, 2017, which alleged that unless restrained and enjoined by this Court, there is a reasonable likelihood that Defendants Allensworth and Fusco will continue to engage in the acts and practices alleged in the Complaint, and similar acts and practices. On October 3, 2017, the Court entered the requested statutory

1

restraining order ("SRO") which, among other things, enjoined Defendants Allensworth and Fusco from withdrawing or dissipating any assets and from refusing to permit representatives of the Commission to immediately inspect their documents. The SRO also directed Defendants Allensworth and Fusco (and E-Slate, Inc.) to appear before the Court on October 17, 2017 at 10:00 a.m. to show cause, if any, why a preliminary injunction should not be entered.

On October 4, 2017, Defendants Allensworth and E-Slate were served with, among other things, the relevant summons, Complaint, SRO Motion, and the SRO itself. (Docket Nos. 30 and 32). On October 5, 2017, Defendant Fusco was served with, among other things, the relevant summons, Complaint, SRO Motion, and the SRO itself. (Docket No. 31). Shortly thereafter, the Commission negotiated separately with Allensworth and Fusco on a consent preliminary injunction that would preserve the status quo, protect assets from being dissipated, protect members of the public, and enable the Commission to fulfill its statutory duties.

## ARGUMENT

This is a proper case for granting a preliminary injunction based on the consent of the relevant parties to the litigation. Defendants Allensworth and Fusco's consent will assist the Court and parties in the "just, speedy, and inexpensive determination" of this action as contemplated by Rule 1 of the Federal Rules of Civil Procedure. The Commission needs the preliminary injunctive relief contained in the proposed Consent Orders to ensure that Allensworth and Fusco cease all operations in connection with their fraudulent commodity pools and prevent any further violations of the Act and Regulations. The Commission also needs this relief to preserve the status quo and ensure that the assets of Allensworth and Fusco remain available for any restitution of misappropriated funds to pool participants. Allensworth and Fusco have each expressly consented to the preliminary injunctive relief set forth in the proposed Consent Orders. Defendants Allensworth and Fusco's consent was given voluntarily, and no promise or threat was made by the Commission, or any member, officer, agent,

1 | or representative of the Commission, to induce Defendants to consent. Granting the
2 | Joint Motion for Entry of Consent Orders will give effect to Defendants' Allensworth
3 | and Fusco's consent and will allow the Court to preserve its resources by eliminating
4 | the need for a preliminary injunction hearing and other impositions on the Court's busy
5 | docket.

## CONCLUSION

For the reasons stated above, Plaintiff Commission and Defendants Allensworth and Fusco jointly request that the Court enter the proposed Consent Orders.

Dated: October 13, 2017

Respectfully submitted,

COMMODITY FUTURES TRADING COMMISSION

By: s/Thomas L. Simek
Thomas Simek, *pro hac vice*
tsimek@cftc.gov
James M. Humphrey IV, *pro hac vice*
jhumphrey@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
4900 Main Street, Suite 500
Kansas City, MO  64112
(816) 960-7700

Dated: October 13, 2017

Scott Allensworth
23220 Haskell Vista Lane
Newhall, CA  91321-3808

Dated: October __, 2017

Robert J. Fusco
3 Woodshole Court
Henderson, NV  89052-6472

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2017, I sent by email and caused to be sent by United States Postal Service the foregoing document, Memorandum in Support of Joint Motion For Entry of Consent Orders of Preliminary Injunction and Other Equitable Relief in Resolution of Plaintiff's Ex Parte Emergency Motion For Statutory Restraining Order, Preliminary Injunction, and Other Equitable Relief, and thereby caused service of the foregoing document on the non-ECF participants listed below at the following addresses of record:

Scott Allensworth
23220 Haskell Vista Lane
Newhall, CA 91321-3808
scott_cgga@hotmail.com

Robert J. Fusco
3 Woodshole Court
Henderson, NV 89052-6472
2hrdays@gmail.com

E-Slate, Inc.
c/o Scott Allensworth
23220 Haskell Vista Lane
Newhall, CA 91321-3808
scott_cgga@hotmail.com

Dated: October 13, 2017

/s/ Thomas L. Simek
Thomas L. Simek
Attorney for Plaintiff