Thomas Simek, *pro hac vice*
tsimek@cftc.gov
James M. Humphrey IV, *pro hac vice*
jhumphrey@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES
TRADING COMMISSION
4900 Main Street, Suite 500
Kansas City, MO  64112
(816) 960-7700

Local Counsel:
Kent A. Kawakami, CA Bar # 149803
kent.kawakami@usdoj.gov
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, Room 7516
Los Angeles, CA 90012
(213) 894-4858

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>SCOTT ALLENSWORTH, individually and d/b/a CAPITAL GROWTH GROUP ASSOCIATES AND COBRA DEVELOPMENT GROUP LLP; ROBERT J. FUSCO; DAVID WEDDLE; and E-SLATE, INC. d/b/a COBRA DEVELOPMENT GROUP LLP,<br><br>　　　Defendants. | Civil Action No. 2:17-CV-07102-CBM (JPRx)<br><br>**SUPPLEMENTAL SIGNATURE PAGES TO JOINT MOTION FOR ENTRY OF CONSENT ORDER OF PRELIMINARY INJUNCTION AND ANCILLARY RELIEF IN RESOLUTION OF PLAINTIFF'S *EX PARTE* MOTION FOR STATUTORY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF AND MEMORANDUM IN SUPPORT** |

Plaintiff Commodity Futures Trading Commission ("CFTC" or "Commission") respectfully submits the signature page attached as Exhibit A as a supplement to the recently-filed Joint Motion (Docket No. 34) seeking entry of proposed Consent Orders of Preliminary Injunction and Other Equitable Relief as to Defendant Scott Allensworth, individually and d/b/a Capital Growth Group Associates and Cobra Development Group LLP, and Robert J. Fusco. The Commission also submits the signature page attached as Exhibit B as a supplement to the Parties' Memorandum in Support of the Joint Motion (Docket No. 35). The Commission has reached separate agreements with Allensworth and Fusco on the terms and conditions set forth in proposed Consent Orders submitted to the Court on October 13, 2017. The entry of the proposed Consent Orders would address and resolve the issues presented in the Commission's *Ex Parte* Emergency Motion for Statutory Restraining Order, Order to Show Cause Regarding Preliminary Injunction, and Other Equitable Relief. As such, the Commission respectfully requests that the Court supplement the already-filed Joint Motion for Entry of Consent Order of Preliminary Injunction and Ancillary Relief in Resolution of Plaintiff's Ex Parte Motion for Statutory Restraining Order, Preliminary Injunction, and Other Equitable Relief (Docket No. 34) and Memorandum in Support (Docket No. 35) with the attached signature pages of Defendant Robert J. Fusco to complete the record.

Dated: October 16, 2017      COMMODITY FUTURES TRADING
                                          COMMISSION

By: s/ James M. Humphrey IV
     Thomas Simek, *pro hac vice*
     tsimek@cftc.gov
     James M. Humphrey IV, *pro hac vice*
     jhumphrey@cftc.gov
     Attorneys for Plaintiff
     COMMODITY FUTURES TRADING
     COMMISSION
     4900 Main Street, Suite 500
     Kansas City, MO  64112
     (816) 960-7700

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, I sent by email and caused to be sent by United States Postal Service the foregoing document, Supplemental Signature Pages to Joint Motion For Entry of Consent Orders of Preliminary Injunction and Other Equitable Relief in Resolution of Plaintiff's Ex Parte Emergency Motion For Statutory Restraining Order, Preliminary Injunction, and Other Equitable Relief and Memorandum in Support, and thereby caused service of the foregoing document on the non-ECF participants listed below at the following addresses of record:

Scott Allensworth
23220 Haskell Vista Lane
Newhall, CA  91321-3808
scott_cgga@hotmail.com

Robert J. Fusco
3 Woodshole Court
Henderson, NV  89052-6472
2hrdays@gmail.com

E-Slate, Inc.
c/o Scott Allensworth
23220 Haskell Vista Lane
Newhall, CA  91321-3808
scott_cgga@hotmail.com

David Weddle
9408 Norton Commons Blvd.
Prospect, KY  40059-7518

Dated:  October 16, 2017

/s/ James M. Humphrey IV
James M. Humphrey IV
Attorney for Plaintiff