Thomas Simek, *pro hac vice*
tsimek@cftc.gov
James M. Humphrey IV, *pro hac vice*
jhumphrey@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES
TRADING COMMISSION
4900 Main Street, Suite 500
Kansas City, MO  64112
(816) 960-7700

Local Counsel:
Kent A. Kawakami, CA Bar # 149803
*kent.kawakami@usdoj.gov*
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, Room 7516
Los Angeles, CA 90012
(213) 894-4858

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>SCOTT ALLENSWORTH, individually and d/b/a CAPITAL GROWTH GROUP ASSOCIATES AND COBRA DEVELOPMENT GROUP LLP; ROBERT J. FUSCO; DAVID WEDDLE; and E-SLATE, INC. d/b/a COBRA DEVELOPMENT GROUP LLP,<br><br>          Defendants. | Civil Action No. 2:17-CV-07102-CBM (JPRx)<br><br>**NOTICE OF REQUEST TO REMOVE PRELIMINARY INJUNCTION HEARING FROM COURT'S OCTOBER 17, 2017 DOCKET** |

Plaintiff Commodity Futures Trading Commission ("CFTC" or "Commission") respectfully requests that the Court remove from its docket the preliminary injunction hearing scheduled for tomorrow, October 17, 2017 at 10:00 a.m. in Courtroom 8b.  In support of this request, the Commission states that on October 13, 2017, the Commission and Defendants Scott Allensworth, individually and d/b/a Capital Growth Group Associates and Cobra Development Group LLP ("Allensworth"), and Robert J. Fusco ("Fusco") filed a Joint Motion (Docket No. 34) and Memorandum in Support (Docket No. 35) seeking entry of proposed Consent Orders of Preliminary Injunction and Other Equitable Relief as to both Allenworth and Fusco.  The entry of the proposed Consent Orders would address and resolve the issues presented in the Commission's *Ex Parte* Emergency Motion for Statutory Restraining Order, Order to Show Cause Regarding Preliminary Injunction, and Other Equitable Relief (Docket No. 2) and render as moot and unnecessary the preliminary injunction hearing set in the Court's Order Granting Plaintiff's *Ex Parte* Emergency Motion for Statutory Restraining Order, Order to Show Cause Regarding Preliminary Injunction, and Other Equitable Relief (Docket No. 15). As such, the Commission submits this notice in an effort to conserve the Court's judicial resources and avoid an unnecessary hearing on the Court's busy docket.  The Commission respectfully requests that the Court remove the October 17, 2017 hearing from the docket and enter the proposed Consent Orders at the Court's convenience.

Dated:  October 16, 2017          COMMODITY FUTURES TRADING
                                                          COMMISSION

                                                By:  s/ James M. Humphrey IV
                                                        Thomas Simek, *pro hac vice*
                                                        tsimek@cftc.gov
                                                        James M. Humphrey IV, *pro hac vice*
                                                        jhumphrey@cftc.gov
                                                        Attorneys for Plaintiff
                                                        COMMODITY FUTURES TRADING
                                                        COMMISSION
                                                        4900 Main Street, Suite 500
                                                        Kansas City, MO  64112
                                                        (816) 960-7700

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, I sent by email and caused to be sent by United States Postal Service the foregoing document, Notice of Request to Remove Preliminary Injunction Hearing from Court's October 17, 2017 Docket, and thereby caused service of the foregoing document on the non-ECF participants listed below at the following addresses of record:

Scott Allensworth
23220 Haskell Vista Lane
Newhall, CA  91321-3808
scott_cgga@hotmail.com

Robert J. Fusco
3 Woodshole Court
Henderson, NV  89052-6472
2hrdays@gmail.com

E-Slate, Inc.
c/o Scott Allensworth
23220 Haskell Vista Lane
Newhall, CA  91321-3808
scott_cgga@hotmail.com

David Weddle
9408 Norton Commons Blvd.
Prospect, KY  40059-7518

Dated:  October 16, 2017

/s/ James M. Humphrey IV
    James M. Humphrey IV
    Attorney for Plaintiff